

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00088-CR |
| State, | § | Appeal from the |
| v. | § | 243rd Judicial District Court |
| CHRISTOPHER SCOTT ADAMS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130D03661) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **January 16, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before January 16, 2015.

IT IS SO ORDERED this 19th day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.